**UNITED STATES DISTRICT COURT**
**For the Northern District of California**

UNITED STATES  DISTRICT COURT

Northern District of California

Oakland Division

CRAIG YATES,

          Plaintiffs,

    v.

KAKA UDON KITCHEN, et al.,

          Defendants.
_____/

No. C 13-3695 SBA

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:      July 10, 2014
Mediator:   David Roe

     IT IS HEREBY ORDERED that the request to excuse plaintiff Craig Yates from appearing in person at the July 10, 2014, mediation before David Roe is GRANTED.  Mr. Yates shall be available at all times to participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

     IT IS SO ORDERED.

July 7, 2014
_____
Dated

By:
_____
Maria-Elena James
United States Magistrate Judge